STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. SAM-
UEL MANDEL, PLAINTIFF IN ERROR.

Argued May 21, 1929—Decided October 14, 1929.

For the defendant in error, *Louis A. Repetto.*

For the plaintiff in error, *Elwood C. Weeks.*

PER CURIAM.

The judgment under review herein should be affirmed,
for the reasons expressed in the opinion delivered by Chief
Justice Gummere in the Supreme Court.

*For affirmance*—THE CHANCELLOR, KALISCH, BLACK,
CAMPBELL, LLOYD, CASE, BODINE, WHITE, VAN BUSKIRK,
MCGLENNON, KAYS, HETFIELD, DEAR, JJ. 13.

*For reversal*—None.